LEWIS v. ÆTNA INS. CO. (Circuit Court of Appeals, Second Circuit. April 19, 1904.) No. 153. Appeal from the District Court of the United States for the Southern District of New York. This is an appeal from a final decree entered August 20, 1903, in favor of the libelant, for $1,337.71, being the amount found due upon a policy of insurance issued by the respondent to insure the owners of the lighter Stamford. The circumstances attending the stranding of the lighter have been considered by this court in the action brought by this libelant against the tug Quigley and the Barber Asphalt Company. The facts will be found in the opinion filed by the District Court in that case. 123 Fed. 161. The opinion in the case at bar is reported in 123 Fed. 157. John F. Foley, for appellant. Herbert Green, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. The opinion of the District Judge so clearly and satisfactorily considers and decides all the important questions in issue that little can be added that is not repetitional. There is no controversy upon the facts, and, as we agree with the conclusions of law found by the District Judge, we conclude to affirm the decree upon his opinion, with interest and costs.

---

In re MILES et al. (Circuit Court of Appeals, Eighth Circuit. May 3, 1904.) No. 30. F. L. Hamer, for petitioners. On petition for review. Dismissed, with costs, for want of prosecution.

---

THE NEW ENGLAND. (Circuit Court of Appeals, First Circuit. April 14, 1904.) No. 488. Appeal from the District Court of the United States for the District of Massachusetts. Thomas J. Gargan, Patrick M. Keating, and Sewall C. Brackett, for appellant. Walter C. Cogswell, for appellee. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Appeal dismissed, for failure of the appellant to cause the record to be printed, as provided by rule 23 (90 Fed. lvii, 31 C. C. A. lvii), with costs for the appellee. See 110 Fed. 415.

---

In re NEWMAN. (Circuit Court of Appeals, First Circuit. April 26, 1904.) No. 518. Adoniram J. Cushing, for petitioner. Henry C. Cram, for respondents. Before COLT and PUTNAM, Circuit Judges.

PER CURIAM. Petition dismissed, without costs to either party.